UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKONNIE M.,[1]<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cv985-LR<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**<br><br>**[ECF NO. 22]** |

　　　　Pending before the Court is the parties' "Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. section 2412(d)" ("Joint Motion"). Having considered the Joint Motion and the applicable law, the Court finds the request to be reasonable and appropriate, and **GRANTS** the Joint Motion. The Court awards to Lakonnie M. attorney's fees in the amount of $4,475.00 as

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), the Court's opinions in Social Security cases filed under 42 U.S.C. § 405(g) "refer to any non-government parties by using only their first name and last initial."

authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920 subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the government.

**IT IS SO ORDERED.**

Dated: November 17, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge